

# Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00124-CV

Brandi **NEUMANN**,
Appellant

v.

**QUM QASR SERIES LLC**, Trustee of the 25FEB - Ridge Crown 12207 Land Trust,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-09202
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: August 5, 2026

DISMISSED

Appellant's brief was due on June 8, 2026, but was not filed. On June 9, 2026, appellee filed a motion to dismiss this appeal for want of prosecution. On June 11, 2026, we ordered appellant to file her appellant's brief on or before June 26, 2026, along with a written response explaining her failure to timely file her brief and why appellee is not significantly injured by her failure to timely file a brief.

On June 26, 2026, appellant filed a motion to dismiss this appeal and to issue the mandate

early. *See* TEX. R. APP. P. 18.1(c), 42.1(a)(1). Appellant's motion contains a certificate of service to appellee, which has not opposed the motion. We therefore grant appellant's motion to dismiss and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d). We direct the clerk of this court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c) Appellee's motion to dismiss for want of prosecution is denied as moot.

PER CURIAM